DAVID PIVTORAK (Bar No. 255943)
**LAW OFFICE OF DAVID PIVTORAK**
166 Santa Clara Ave. Suite 205
Oakland, California 94610
Telephone (510) 658-2500
Fax: (877) 748-4529
email: pivtoraklaw@gmail.com

Attorney for Plaintiffs,
PETER SINGH and ANSUIYA SINGH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, a New York corporation, as successor in interest to WASHINGTON MUTUAL BANK, FA successor to WASHINGTON MUTUAL HOME LOANS; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C09-02771 MMC<br><br>~~[PROPOSED]~~ ORDER<br><br>Date: October 2, 2009<br>Time: 10:30 a.m.<br>Courtroom: "7, 19th floor"<br>Judge: Hon. Maxine M. Chesney<br><br>_____ |

## ~~[PROPOSED]~~ ORDER

Good cause having been shown, the October 2, 2009 Initial Case Management Conference is continued to be heard on November 13, 2009 at 10:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date: September 11, 2009 _____

_____
Hon. Maxine M. Chesney
US DISTRICT COURT JUDGE