DAVID PIVTORAK (Bar No. 255943)
**LAW OFFICE OF DAVID PIVTORAK**
166 Santa Clara Ave. Suite 205
Oakland, California 94610
Telephone (510) 658-2500
Fax: (877) 748-4529
email: pivtoraklaw@gmail.com

Attorney for Plaintiffs,
PETER SINGH and ANSUIYA SINGH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, a New York corporation, as successor in interest to WASHINGTON MUTUAL BANK, FA successor to WASHINGTON MUTUAL HOME LOANS; J.P. MORGAN CHASE BANK, N.A., and DOES 1-100, inclusive,<br><br>Defendants. | Case No. C09-02771 MMC<br><br>~~[PROPOSED]~~ ORDER<br><br>Date: December 4, 2009<br>Time: 9:00 a.m.<br>Courtroom: "7, 19th floor"<br>Judge: Hon. Maxine M. Chesney |

### ~~[PROPOSED]~~ ORDER

Good cause having been shown, the December 4, 2009 Hearing on the Motion to Dismiss the Second Amended Complaint is continued to be heard on December 18, 2009 at 9:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date: October 30, 2009

_____
Hon. Maxine M. Chesney
US DISTRICT COURT JUDGE

---
1
[PROPOSED] ORDER
C09-02771 MMC