DAVID PIVTORAK (Bar No. 255943)
**LAW OFFICE OF DAVID PIVTORAK**
166 Santa Clara Ave. Suite 205
Oakland, California 94610
Telephone (510) 658-2500
Fax: (877) 748-4529
email: pivtoraklaw@gmail.com

Attorney for Plaintiffs,
PETER SINGH and ANSUIYA SINGH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH,<br><br>    Plaintiffs,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, a New York corporation, as successor in interest to WASHINGTON MUTUAL BANK, FA successor to WASHINGTON MUTUAL HOME LOANS; J.P. MORGAN CHASE BANK, N.A., and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. C09-02771 MMC<br><br>[~~PROPOSED~~] ORDER<br><br>Date: November 13, 2009<br>Time: 10:30 a.m.<br>Courtroom: "7, 19th floor"<br>Judge: Hon. Maxine M. Chesney |

[~~PROPOSED~~] ORDER
by the parties' stipulation,
Good cause having been shown, the November 13, 2009 Initial Case Management
February 12, 2010
Conference is continued to be heard on ~~January 8, 2010~~ at 10:30 a.m. A Joint Case Management
Statement shall be filed no later than February 5, 2010.
~~PURSUANT TO STIPULATION, IT IS SO ORDERED,~~

Date: November 10, 2009

_____
Hon. Maxine M. Chesney
US DISTRICT COURT JUDGE

---

1
[PROPOSED] ORDER
C09-02771 MMC