JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., for itself and as AN
ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF
WASHINGTON MUTUAL BANK FROM THE FDIC ACTING
AS RECEIVER, erroneously sued as J.P. MORGAN CHASE
BANK

# UNITED STATES DISTRICT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a/ WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, a New York corporation, as successor in interest to WASHINGTON MUTUAL BANK, FA successor to WASHINGTON MUTUAL HOME LOANS; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C09-02771 MMC<br><br>JUDGE: Hon. Maxine M. Chesney<br>**DENYING**<br>[PROPOSED] ORDER ~~GRANTING~~<br>**MOTION TO APPEAR BY TELEPHONE AT THE MOTION TO DISMISS**<br><br>DATE: December 18, 2009<br>TIME: 9:00 a.m.<br>CRTRM: "7, 19th floor" |

The Court, having reviewed the Motion to Appear by Telephone at the Motion to Dismiss ("Motion") filed by defendant JPMorgan Chase Bank, N.A., ("JPMorgan") for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC as receiver, erroneously sued as J.P. Morgan Chase Bank, ~~in good cause appearing therefore, hereby orders as follows:~~ finds good cause for the relief requested has not been shown.

1

[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT THE MOTION TO DISMISS
1105439.1

1  ~~IT IS HEREBY ORDERED, that JPMorgan may appear telephonically at Motion, currently~~
2  ~~set to be heard on December 18, 2009 at 9:00 a.m. in Courtroom 7, before the Honorable District~~
3  ~~Judge Maxine M. Chesney, of the above-entitled Court, by and through its counsel, S. Christopher~~
4  ~~Yoo, (714) 852-6868.~~

Accordingly, the motion is hereby DENIED.

DATED: December 17, 2009

By: *Maxine M. Chesney*
Honorable Maxine M. Chesney
Judge, United States District Court