IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH, et al., | No. C-09-2771 MMC |
|     Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS** |
|     v. | |
| WASHINGTON MUTUAL BANK, et al., | |
|     Defendants. / | |

Before the Court is defendant JP Morgan Chase Bank, N.A.'s ("JP Morgan") motion, filed October 5, 2009, to dismiss plaintiffs' Second Amended Complaint ("SAC").[1] The matter came on regularly for hearing on December 18, 2009. Geoffrey C. Brethen appeared on behalf of defendant JP Morgan; David Pivtorak appeared on behalf of plaintiffs. Having read and considered the papers filed in support of and in opposition to the motion, and for the reasons stated on the record at hearing, JP Morgan's motion to dismiss is hereby GRANTED in part and DENIED in part, as follows.

1. To the extent JP Morgan seeks dismissal of plaintiffs' Fifth and Sixth Causes of Action, the motion is GRANTED.

2. To the extent plaintiffs' Seventh Cause of Action is based on fraudulent representations and violations of § 17500 of the California Business and Professions

---

[1] Although plaintiffs' Second Amended Complaint also names Washington Mutual Bank as a defendant to the instant action, JP Morgan asserts that JP Morgan "is the only named defendant," as it "is an acquirer of certain assets and liabilities of Washington Mutual, including the loan identified in the SAC." (See Notice of Removal ¶ 5.)

Code, the motion is GRANTED; to the extent the Seventh Cause of Action is based on violations of TILA, RESPA, and the Rosenthal Fair Debt Collections Practices Act, the motion is DENIED.

3. In all other respects, the motion is DENIED.

4. To the extent plaintiffs may be able to cure the deficiencies noted in their Fifth, Sixth, and Seventh Causes of Action, plaintiffs may file, no later than January 15, 2010, a Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: December 21, 2009

MAXINE M. CHESNEY
United States District Judge