JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., for itself and as AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER, erroneously sued as J.P. MORGAN CHASE BANK

# UNITED STATES DISTRICT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a/ WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, a New York corporation, as successor in interest to WASHINGTON MUTUAL BANK, FA successor to WASHINGTON MUTUAL HOME LOANS; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C09-02771 MMC<br><br>JUDGE: Hon. Maxine M. Chesney<br><br>[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE<br><br>DATE: April 16, 2010<br>TIME: 10:30 a.m.<br>CRTRM: "7, 19th floor" |

The Court, having reviewed the Motion to Appear by Telephone at the Case Management Conference ("CMC") filed by defendant JPMorgan Chase Bank, N.A., ("JPMorgan") for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC as receiver, erroneously sued as J.P. Morgan Chase Bank, in good cause appearing therefore, hereby orders as follows:

1

[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT THE CMC

1122024.1

1  IT IS HEREBY ORDERED, that JPMorgan may appear telephonically at the CMC, currently
2  set to be heard on April 16, 2010 at 10:30 a.m. in Courtroom 7, before the Honorable District Judge
3  Maxine M. Chesney, of the above-entitled Court, by and through its counsel, S. Christopher Yoo,
4  (714) 852-6868.  Counsel for plaintiffs shall also appear telephonically.

6  DATED: _____April 12, 2010_____     By:_____*Maxine M. Chesney*_____
7                                              Honorable Maxine M. Chesney
                                                Judge, United States District Court