JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., for itself and as AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER, erroneously sued as J.P. MORGAN CHASE BANK

UNITED STATES DISTRICT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a/ WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, a New York corporation, as successor in interest to WASHINGTON MUTUAL BANK, FA successor to WASHINGTON MUTUAL HOME LOANS; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C09-02771 MMC<br><br>JUDGE: Hon. Maxine M. Chesney<br><br>[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE<br><br>DATE: August 13, 2010<br>TIME: 10:30 a.m.<br>CRTRM: "7, 19th floor" |

The Court, having reviewed the Motion to Appear by Telephone at the Case Management Conference ("CMC") filed by defendant JPMorgan Chase Bank, N.A., ("JPMorgan") for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC as receiver, erroneously sued as J.P. Morgan Chase Bank, in good cause appearing therefore, hereby orders as follows:

1

[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT THE CMC

1142415.1

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED**, that ~~JPMorgan may~~ all parties shall appear telephonically at the CMC, |
| 2 | currently set to be heard on August 13, 2010 at 10:30 a.m. in Courtroom 7, before the Honorable |
| 3 | District Judge Maxine M. Chesney, of the above-entitled Court, ~~by and through its counsel, S.~~ |
| 4 | ~~Christopher Yoo, (714) 852-6868~~. |

DATED: August 11, 2010

By: *Maxine M. Chesney*
Honorable Maxine M. Chesney
Judge, United States District Court