1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
4  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
5  Tel:  (714) 852-6800
   Fax: (714) 852-6899
6
   Attorneys for Defendant
7  JPMORGAN CHASE BANK, N.A., for itself and as AN
   ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF
8  WASHINGTON MUTUAL BANK FROM THE FDIC ACTING
   AS RECEIVER, erroneously sued as J.P. MORGAN CHASE
9  BANK

10

11              **UNITED STATES DISTRICT**

12          **NORTHERN DISTRICT OF CALIFORNIA**

13

14  PETER SINGH and ANSUIYA SINGH,        | **CASE NO.:** C09-02771 MMC

15                                        | **JUDGE:**  Hon. Maxine M. Chesney
              Plaintiffs,
16                                        | [PROPOSED] **ORDER GRANTING**
    v.                                    | **MOTION TO APPEAR BY TELEPHONE**
17                                        | **AT CASE MANAGEMENT**
    WASHINGTON MUTUAL BANK, a             | **CONFERENCE**
18  Washington corporation, f/k/a/ WASHINGTON
    MUTUAL BANK, FA; J.P. MORGAN CHASE
19  BANK, a New York corporation, as successor in  | **DATE:**       August 13, 2010
    interest to WASHINGTON MUTUAL BANK,   | **TIME:**       10:30 a.m.
20  FA successor to WASHINGTON MUTUAL     | **CRTRM:**      "7, 19th floor"
    HOME LOANS; and DOES 1-100, inclusive,
21
22              Defendants.

23

24       The Court, having reviewed the Motion to Appear by Telephone at the Case Management

25  Conference ("CMC") filed by defendant JPMorgan Chase Bank, N.A., ("JPMorgan") for itself and as

26  an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC as receiver,

27  erroneously sued as J.P. Morgan Chase Bank, in good cause appearing therefore, hereby orders as

28  follows:

                                         1

1142415.1

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

all parties shall

1    **IT IS HEREBY ORDERED**, that ~~JPMorgan may~~ appear telephonically at the CMC,

2    currently set to be heard on August 13, 2010 at 10:30 a.m. in Courtroom 7, before the Honorable

3    District Judge Maxine M. Chesney, of the above-entitled Court, ~~by and through its counsel, S.~~

4    ~~Christopher Yoo, (714) 832-6868~~.

5

6    DATED:   _August 11, 2010_____        By: _Maxine M. Chesney_____

7                                         Honorable Maxine M. Chesney
                                          Judge, United States District Court

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT THE CMC

1142415.1