1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  LASHON HARRIS (CA Bar No. 257578)
   lharris@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel: (714) 852-6800
   Fax: (714) 852-6899
7
   Attorneys for Defendants
8  JPMORGAN CHASE BANK, N.A., AN
   ACQUIRER OF CERTAIN ASSETS AND
9  LIABILITIES OF WASHINGTON MUTUAL
   BANK FROM THE FDIC ACTING AS
10 RECEIVER, erroneously sued as J.P. MORGAN
   CHASE BANK
11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a/ WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, a New York corporation, as successor in interest to WASHINGTON MUTUAL BANK, FA successor to WASHINGTON MUTUAL HOME LOANS; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C09-02771 MMC<br><br>JUDGE: Hon. Maxine M. Chesney<br><br>**STIPULATION TO POSTPONE MEDIATION COMPLETION DATE; AND ORDER THEREON**<br><br>Action Filed: January 14, 2009 |

///

///

///

1153956.1

**STIPULATION TO POSTPONE MEDIATION COMPLETION DATE**

1   Plaintiffs Peter Singh and Ansuiya Singh (collectively "Plaintiffs") and defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation ("FDIC") acting as Receiver ("JPMorgan"), by and through their respective attorneys of record, agree and stipulate as follows:

1.  WHEREAS, this case has been referred to mediation, and the present mediation completion date is October 18, 2010;

2.  WHEREAS, the parties have participated in several Mediation Telephone Conferences with the appointed mediator David Kelley;

3.  WHEREAS, in light of Plaintiffs' loan modification request, David Kelley suggested that mediation be postponed to allow JPMorgan sufficient time to complete its evaluation and consideration of the same;

4.  WHEREAS, the parties desire to attempt resolution prior to engaging in further litigation, and whereas they further desire sufficient time to complete mediation, they hereby stipulate to extend the completion date to complete mediation to and including December 2, 2010. Defendant JPMorgan is presently reviewing and considering Plaintiffs' application for a loan modification. The additional time, if granted, would allow further consideration of Plaintiffs' application and narrowing of issues that may be considered during the mediation process, if the parties do not resolve the matter prior to the mediation.

///
///
///

5. THEREFORE, to minimize the parties incurring any unnecessary attorneys' time and expenses, the parties agree to extend the mediation completion date for approximately forty-five days, or no sooner than December 2, 2010.

DATED: October 13, 2010

David Pivtorak
Attorney at Law

By /s/_____
   David Pivtorak
   Attorneys for Plaintiffs
   PETER SINGH
   ANSUIYA SINGH

DATED: October 13, 2010

ADORNO YOSS ALVARADO & SMITH
A Professional Corporation

By /s/_____
   JOHN M. SORICH
   S. CHRISTOPHER YOO
   LASHON HARRIS
   Attorneys for Defendants
   JPMORGAN CHASE BANK, N.A., as an Acquirer of Certain Assets and Liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation Acting as Receiver

GOOD CAUSE APPEARING,

The foregoing stipulation is approved and the mediation completion date extended to December 2, 2010.

IT IS SO ORDERED.

Dated: October 19, 2010

/s/ Maxine M. Chesney
Hon. Maxine M. Chesney
United States District Court Judge