JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
LASHON HARRIS (CA Bar No. 257578)
lharris@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER, erroneously sued as J.P. MORGAN CHASE BANK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a/ WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, a New York corporation, as successor in interest to WASHINGTON MUTUAL BANK, FA successor to WASHINGTON MUTUAL HOME LOANS; and DOES 1-100, inclusive,<br><br>Defendants. | **CASE NO.:** C09-02771 MMC<br><br>**JUDGE:**  Hon. Maxine M. Chesney<br><br>~~**[PROPOSED]**~~ **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION**<br><br>**Action Filed:** January 14, 2009 |

Plaintiffs Peter Singh and Ansuiya Singh (collectively "Plaintiffs") and defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation ("FDIC") acting as Receiver ("JPMorgan"), by and through their respective attorneys of record, agree and stipulate as follows:

1. WHEREAS, this case has been referred to mediation, and the mediation completion

1
**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION**
1172347.1

1. date was December 2, 2010;

2. WHEREAS, the parties have participated in several Mediation Telephone Conferences with the appointed mediator David Kelley;

3. WHEREAS, in light of Plaintiffs' loan modification request, David Kelley suggested that mediation be postponed to allow JPMorgan sufficient time to complete its evaluation and consideration of the same;

4. WHEREAS, the parties attempted to resolve this matter prior to engaging in further litigation to no avail and whereas the parties desire sufficient time to complete mediation they hereby stipulate to extend the completion date to complete mediation to and including March 31, 2011.  The additional time, if granted, would allow the parties to coordinate and schedule mediation.

5. THEREFORE, to allow the parties sufficient time to coordinate and schedule mediation following their good faith, yet unsuccessful, efforts to resolve this matter informally by way of loan modification, the parties agree to extend the mediation completion date to March 31, 2011.

GOOD CAUSE APPEARING,

The foregoing stipulation is approved and the mediation completion date extended to March 31, 2011 or _____.

IT IS SO ORDERED.

Dated: January 19, 2011

_____
Hon. Maxine M. Chesney
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION
1172347.1