David Pivtorak (State Bar #255943)
LAW OFFICE OF DAVID PIVTORAK
50 Francisco St., Suite 450
San Francisco, CA 94133
Telephone: (415) 484-3009
Fax: (877) 748-4529
email: pivtoraklaw@gmail.com

Attorney for Plaintiffs,
PETER SINGH and ANSUIYA SINGH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH,<br><br>    Plaintiffs,<br><br>    v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, a New York corporation, as successor in interest to WASHINGTON MUTUAL BANK, FA successor to WASHINGTON MUTUAL HOME LOANS; J.P. MORGAN CHASE BANK, N.A., and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. C09-02771 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: February 11, 2011<br>Time: 10:30 a.m.<br>Courtroom: 7, 19th floor<br>Judge: Hon. Maxine M. Chesney |

[~~PROPOSED~~] ORDER

Good cause having been shown, the February 11, 2011 Case Management Conference is continued to be heard on March 18, 2011 at 10:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date: February 1, 2011
_____

_____
Hon. Maxine M. Chesney
US DISTRICT COURT JUDGE

---
1
[PROPOSED] ORDER
C09-02771 MMC