JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., for itself and as AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER, erroneously sued as J.P. MORGAN CHASE BANK

# UNITED STATES DISTRICT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a/ WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, a New York corporation, as successor in interest to WASHINGTON MUTUAL BANK, FA successor to WASHINGTON MUTUAL HOME LOANS; and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO.: C09-02771 MMC<br><br>JUDGE: Hon. Maxine M. Chesney<br><br>[PROPOSED] ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE<br><br>DATE: March 18, 2011<br>TIME: 10:30 a.m.<br>CRTRM: "7, 19th floor" |

The Court, having reviewed the Motion to Appear by Telephone at the Case Management Conference ("CMC") filed by defendant JPMorgan Chase Bank, N.A., ("JPMorgan") for itself and as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC as receiver, erroneously sued as J.P. Morgan Chase Bank, in good cause appearing therefore, hereby orders as follows:

1    IT IS HEREBY ORDERED, that ~~JPMorgan may~~ all parties shall appear telephonically at the CMC, currently

2    set to be heard on March 18, 2011 at 10:30 a.m. in Courtroom 7, before the Honorable District Judge

3    Maxine M. Chesney, of the above-entitled Court~~, by and through its counsel, S. Christopher Yoo,~~

4    ~~(714) 852-6800~~.

6    DATED: __March 10, 2011_____      By: _[signature]_____

7                                                  Honorable Maxine M. Chesney

                                                   Judge, United States District Court