1  David Pivtorak (State Bar #255943)
   LAW OFFICE OF DAVID PIVTORAK
2  50 Francisco St., Suite 450
   San Francisco, CA 94133
3  Telephone: (415) 484-3009
   Fax: (877) 748-4529
4  email: pivtoraklaw@gmail.com

5  Attorney for Plaintiffs,
   PETER SINGH and ANSUIYA SINGH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| PETER SINGH and ANSUIYA SINGH, | Case No. C09-02771 MMC |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER |
| v. | |
| WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, a New York corporation, as successor in interest to WASHINGTON MUTUAL BANK, FA successor to WASHINGTON MUTUAL HOME LOANS; and DOES 1-100, inclusive, | Date: March 18, 2011<br>Time: 10:30 a.m.<br>Courtroom: "7, 19th floor"<br>Judge: Hon. Maxine M. Chesney |
| Defendants. | |

## [PROPOSED] ORDER

Good cause having been shown, the March 18, 2011 Case Management Conference is continued to be heard on May 20, 2011 at 10:30 a.m. or _____. Plaintiffs shall send to the Chapter 7 trustee a copy of the Third Amended Complaint and request a determination as to whether the Chapter 7 trustee will pursue or abandon this current litigation.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date:__March 17, 2011_____

*Maxine M. Chesney* (signature)
Hon. Maxine M. Chesney
US DISTRICT COURT JUDGE