David Pivtorak (State Bar #255943)
LAW OFFICE OF DAVID PIVTORAK
50 Francisco St., Suite 450
San Francisco, CA 94133
Telephone: (415) 484-3009
Fax: (877) 748-4529
email: pivtoraklaw@gmail.com

Attorney for Plaintiffs,
PETER SINGH and ANSUIYA SINGH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH,<br><br>      Plaintiffs,<br><br>      v.<br><br>WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a WASHINGTON MUTUAL BANK, FA; J.P. MORGAN CHASE BANK, a New York corporation, as successor in interest to WASHINGTON MUTUAL BANK, FA successor to WASHINGTON MUTUAL HOME LOANS; J.P. MORGAN CHASE BANK, N.A., and DOES 1-100, inclusive,<br><br>      Defendants. | Case No. C09-02771 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br>Date:  May 6, 2011<br>Time:  9:00 a.m.<br>Courtroom: "7, 19th floor"<br>Judge:  Hon. Maxine M. Chesney |

### [~~PROPOSED~~] ORDER

Good cause having been shown, David Pivtorak's motion to withdraw as counsel of record for Plaintiffs, Peter Singh and Ansuiya Singh, is hereby granted.  Pivtorak shall forthwith serve a copy of this order upon Plaintiffs and file proof of such service with the Court.[1]

IT IS SO ORDERED.

---

[1] In light of the above, the Court hereby VACATES the hearing scheduled for May 6, 2011, and DENIES as moot JP Morgan Chase Bank's motion to appear at said hearing by telephone.

Date:__April 28, 2011_____

_____
Hon. Maxine M. Chesney
US DISTRICT COURT JUDGE