IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH, | No. C 09-2771 MMC |
| Plaintiffs | **ORDER TO SHOW CAUSE** |
| v. | |
| WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a WASHINGTON MUTUAL BANK, FA, et al., | |
| Defendants. / | |

On May 20, 2011, plaintiffs failed to appear as ordered at a regularly scheduled Case Management Conference in the above-titled action.  Counsel for defendants appeared telephonically pursuant to court order.

Accordingly, plaintiffs are hereby ordered to show cause, in writing, filed with the Court and served on opposing counsel no later than June 3, 2011, why the case should not be dismissed for failure to prosecute.

If plaintiffs fail to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated:  May 20, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge