IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER SINGH and ANSUIYA SINGH, | No. C 09-2771 MMC |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a WASHINGTON MUTUAL BANK, FA, et al., | |
| Defendants. | |

By order filed May 20, 2011, the Court ordered plaintiffs to show cause, no later than June 3, 2007, why the above-titled action should not be dismissed in light of plaintiffs' having failed to appear as ordered at a regularly scheduled Case Management Conference.

To date, plaintiffs have not filed a response to the Court's order to show cause, nor have plaintiffs filed any other document subsequent to the Court's order.

Accordingly, the above-titled action is hereby DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 7, 2011

MAXINE M. CHESNEY
United States District Judge