IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PETER SINGH and ANSUIYA SINGH,

        Plaintiffs,

  v.

WASHINGTON MUTUAL BANK, a Washington corporation, f/k/a WASHINGTON MUTUAL BANK, FA, et al.,

        Defendants.
                              /

No. CV-09-2771 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The above-titled action is hereby DISMISSED for failure to prosecute.

Dated: June 9, 2011

                                        Richard W. Wieking, Clerk

                                        By: Tracy Lucero
                                        Deputy Clerk